807 A.2d 812

Charles NINNESS, Appellant

v.

COMMONWEALTH of Pennsylvania DEPARTMENT OF CORRECTIONS & the State Correctional Institution at Pittsburgh, PA., Appellees.

No. 13 MAP 2002.

Supreme Court of Pennsylvania.

Feb. 22, 2002.

Reconsideration Denied April 11, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of February, 2002, probable jurisdiction is noted and the order appealed is affirmed.